STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@TheMMLawFirm.com
CODY A. BOLCE (Bar No. 322725)
  CBolce@TheMMLawFirm.com
CRISTINA MATHEWS (Bar No. 329343)
  CMathews@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Counsel for PLAINTIFFS

Alden J. Parker (SBN 196808) – aparker@fisherphillips.com
Rebecca A. Hause-Schultz (SBN 292252) - rhause-schultz@fisherphillips.com
Joseph R. Wheeler (SBN 216721) - jwheeler@fisherphillips.com
Justina L. Yassa (SBN 345615) – jyassa@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 2400
Sacramento, California 95814
Telephone: (916) 210-0400
Facsimile: (916) 210-0401
Attorneys for Defendants

PRIMA FRUTTA PACKAGING, INC.,
and PRIMA NOCE PACKING, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA BARRERA, BARTOLA CISNEROS, ARTEMIZA ROSAS, NELI SERRANO, LETICIA CASTILLO, VERONICA TORRES, RAQUEL SALAZAR, MARIA ELENA LOPEZ, and BEATRIZ SALAZAR,<br><br>Plaintiffs<br><br>vs.<br><br>PRIMA FRUTTA PACKING, INC., A. SAMBADO & SON, INC., PRIMAVERA MARKETING, INC., TIMOTHY SAMBADO, PRIMA NOCE PACKING, INC., and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:21-CV-01454-TLN-AC<br><br>**STIPULATION TO CONTINUE TRIAL; ORDER**<br><br>Complaint filed: August 13, 2021<br><br>*Before the Honorable Troy L. Nunley*<br><br>Trial Date: August 17, 2026 |

-1-

## STIPULATION TO CONTINUE TRIAL

Plaintiffs Irma Barrera, Bartola Cisneros, Artemiza Rosas, Neli Serrano, Leticia Castillo, Veronica Torres, Raquel Salazar, Maria Elena Lopez, and Beatriz Salazar ("Plaintiffs") and Defendants Prima Frutta Packaging, Inc. and Prima Noce Packing, Inc. ("Defendants") (collectively "the Parties") stipulate as follows:

WHEREAS, on May 2, 2025, the Court issued a Minute Order setting this matter for jury trial on August 17, 2026, and setting the Final Pretrial Conference for June 11, 2026 (ECF No. 46);

WHEREAS, on May 13, 2026, following the Parties' Joint Notice Re: Settlement Conference (ECF No. 48), the Court referred this matter to Magistrate Judge Sean C. Riordan for a settlement conference (ECF No. 49);

WHEREAS, Magistrate Judge Riordan thereafter set a pre-settlement conference for June 8, 2026, and a settlement conference for June 10, 2026 (ECF Nos. 50 and 51);

WHEREAS, on June 4, 2026, the Court approved the substitution of Rebecca A. Hause-Schultz as counsel for Defendants Prima Frutta Packaging, Inc. and Prima Noce Packing, Inc. (ECF No. 54), and Defendants thereafter appeared through additional counsel from Fisher Phillips LLP (ECF No. 55);

WHEREAS, the Parties participated in the settlement conference before Magistrate Judge Riordan on June 10, 2026. Although the matter did not settle, Judge Riordan scheduled a further settlement conference for June 17, 2026 (ECF No. 60);

WHEREAS, the Parties participated in the further settlement conference on June 17, 2026. At the conclusion of that conference, Judge Riordan issued a double-blind mediator's proposal. Although the matter did not settle at that time, the Parties have continued settlement negotiations with Judge Riordan's assistance and have made substantial progress toward resolution (ECF No. 62);

WHEREAS, on June 22, 2026, the Court entered its Final Pretrial Order (ECF No. 63);

-2-

WHEREAS, on July 6, 2026, the Parties jointly objected to the Final Pretrial Order and requested a continuance of trial to permit additional time for settlement negotiations, explaining that further negotiations could resolve all or part of this action and substantially reduce or eliminate the need for trial (ECF No. 64);

WHEREAS, the Parties have continued to engage in good-faith settlement negotiations following the filing of their joint objection, believe additional progress toward resolution is likely, and agree that a continuance of the trial and all associated pretrial deadlines will facilitate those efforts while conserving the resources of the Court and the parties.

WHEREAS, this is the Parties' first request to continue the trial date, and the parties have not previously sought or obtained any continuance of the trial or any related pretrial deadlines;

WHEREAS, this request is made in good faith and not for purposes of delay, but to permit the parties a meaningful opportunity to continue ongoing settlement negotiations that may resolve or substantially narrow the issues for trial;

WHEREAS, good cause exists to continue the trial because the Parties' ongoing settlement negotiations present a meaningful opportunity to resolve all or a substantial portion of this action, thereby preserving judicial resources and substantially streamlining or eliminating future trial proceedings; and

WHEREAS, because the Court previously indicated that any continued trial date would likely be several months later, the parties request that the trial be continued to the Court's next available trial date after January, 2027, with all associated pretrial deadlines reset accordingly.

**IT IS SO STIPULATED.**

Dated: July 7, 2026                                      **MALLISON & MARTINEZ**

-3-

By:  /s/ Cody A. Bolce
        Stan S. Mallison
        Hector R. Martinez
        Cody A. Bolce
        Cristina M. Mathews
        Attorneys for Plaintiffs

Dated: July 7, 2026                              **FISHER & PHILLIPS LLP**

By:  /s/ Rebecca A. Hause-Schultz
        Rebecca A. Hause-Schultz
        Attorneys for Defendants

-4-

## **ORDER**

Pursuant to the Parties' Stipulation, and good cause appearing, **IT IS HEREBY ORDERED THAT**:

1.      The Parties' Stipulation is **APPROVED**;

2.      The jury trial currently set for August 17, 2026, is **CONTINUED** to the Court's next available trial date after January, 2027;

3.      All deadlines tied to the current trial date, including but not limited to deadlines relating to motions *in limine*, exhibit and witness lists, objections, and any other pretrial deadlines established by the Court's Final Pretrial Order (ECF No. 63), are **VACATED**; and

4.      The Court will issue an amended scheduling order resetting the trial date and all associated pretrial deadlines.

**IT IS SO ORDERED.**

Date: July 7, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

ORDER
CASE NO. 2:21-CV-01454-TLN-AC